IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE FLYNN COMPANY,**<br><br>*Plaintiff*<br><br>v.<br><br>**EASTERN METAL RECYCLING - TERMINAL, LLC,**<br><br>*Defendant* | **Case No. 2:19-cv-02495-JDW** |

### ORDER

AND NOW, this 6th day of October, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 15) and Plaintiff's Motion for Summary Judgment (ECF No. 16), for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED**;

2. Plaintiff's Motion for Summary Judgment (ECF No. 16) is **DENIED**;

3. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff; and

4. Defendant shall file its attorneys' fee petition on or before October 20, 2020.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge